Darrell D. Dennis
Nevada Bar No. 6618
Darrell.Dennis@lewisbrisbois.com
Jeffrey D. Olster
Nevada Bar No. 8864
Jeff.Olster@lewisbrisbois.com
Blake A. Doerr
Nevada Bar No. 9001
Blake.Doerr@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: 702.893.3383
Fax: 702.893.3789
*Attorneys for Defendant*
*STEADFAST INSURANCE COMPANY*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| SHARON SHEARER, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>YORK RISK SERVICES GROUP, INC.;<br>DOES I through X; XYZ CORPORATIONS<br>XI through XX; and ABC LIMITED<br>LIABILITY COMPANIES XXI through<br>XXX, inclusive,<br><br>    Defendants. | CASE NO. 2:19-cv-00332-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>ECF No. 24 |

IT IS STIPULATED by and between plaintiff Sharon Shearer and defendant Steadfast Insurance Company, erroneously named in the lawsuit as York Risk Services Group, Inc., by and through their respective counsel, that this action shall be dismissed in its entirety, with prejudice, with each party to bear her/its own attorneys' fees and costs.

///

///

///

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4823-1447-0842.1

| | | |
|---|---|---|
| 1 | DATED this 29th day of June, 2020 | DATED this 29th day of June, 2020 |
| 2 | AYON LAW | LEWIS BRISBOIS BISGAARD & SMITH LLP |

/s/ Luis A. Ayon
Luis A. Ayon
8716 Spanish Ridge Avenue, Ste. 115
Las Vegas, Nevada 89148
Tel:   (702) 600-3200
Fax:  (702) 623-5113
*Attorneys for Plaintiff*

/s/ Blake A. Doerr
Darrell D. Dennis
Nevada Bar No. 6618
Jeffrey D. Olster
Nevada Bar No. 8864
Blake A. Doerr
Nevada Bar No. 9001
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*

DATED this 13 day of May, 2020

LADAH LAW FIRM

/s/
Ramzy Paul Ladah
8716 Spanish Ridge Avenue, Ste. 115
Las Vegas, Nevada 89148
Tel:   (702) 600-3200
Fax:  (702) 623-5113
*Attorneys for Plaintiff*

## ORDER

Based on the parties' stipulation **[ECF No. 24]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 2, 2020